writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George E. H. Goodner* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris, Lucius A. Buck,* and *H. Brian Holland* for respondent.

No. 923. LEHIGH & NEW ENGLAND R. Co. *v.* HEISTER, ADMINISTRATRIX. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Morton L. Fearey* and *Wm. Jay Turner* for petitioner. *Mr. Thomas J. O'Neill* for respondent.

No. 956. PARKER BROTHERS *v.* FAGAN, RECEIVER. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Kenneth I. McKay* and *Maynard Ramsey* for petitioner. *Mr. Donald C. McMullen* for respondent.

No. 958. DELAWARE & HUDSON R. CORP. *v.* COTTRELL. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Wade H. Ellis* and *H. T. Newcomb* for petitioner. *Mr. Joseph F. Gunster* for respondent.

No. 916. TENNESSEE EX REL. LEA ET AL. *v.* BROWN ET AL. April 30, 1934. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Messrs. L. E. Gwinn, Clarence Darrow, Arthur Garfield Hays,* and *Henry E. Colton* for petitioners. *Mr. Dennis G. Brummitt* for respondents.